■ DARTNELL ENTERPRISES, INC., Appellant, v HEWLETT-PACKARD COMPANY, Individually and as Successor-in-interest to COMPAQ COMPUTER CORPORATION, Respondent. [29 NYS3d 226]—Motion for leave to appeal to the Court of Appeals denied. Present—Whalen, P.J., Centra, Carni, DeJoseph and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD W. REINARD, Appellant. (Appeal No. 1.) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD W. REINARD, Appellant. (Appeal No. 2.) [29 NYS3d 226]—Motion for reargument denied. Present—Centra, J.P., Peradotto, Lindley and Scudder, JJ. (Filed Mar. 21, 2016.)

■ MARK A. LEO, Appellant, v NEW YORK CENTRAL MUTUAL FIRE INSURANCE COMPANY, Respondent. [29 NYS3d 226]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Whalen, P.J., Smith, Peradotto, Carni and Lindley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCIS FINSTER, Appellant. [29 NYS3d 227]—Motion for reargument denied. Present—Smith, J.P., Peradotto, Lindley, DeJoseph and Scudder, JJ.

■ DEBORAH S. VOSS et al., Respondents, v THE NETHERLANDS INSURANCE COMPANY et al., Defendants, and CH INSURANCE BROKERAGE SERVICES, CO., INC., Appellant. [29 NYS3d 227]—Motion to resettle order denied. Present—Smith, J.P., Peradotto, Lindley, DeJoseph and Scudder, JJ.

■ MARIA A. LEGGO, Respondent, v MARTIN J. LEGGO, Appellant. [29 NYS3d 227]—Motion for reargument denied. Present—Smith, J.P., Peradotto, Lindley, DeJoseph and Scudder, JJ.

■ In the Matter of ANTHONY MEDINA, Petitioner, v MICHAEL SHEAHAN, Superintendent, Five Points Correctional Facility, Respondent. [29 NYS3d 228]—Motion for reargument denied. Present—Smith, J.P., Carni, Lindley and DeJoseph, JJ.